# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

PEGGY S. WALDON
JAMES CHARLES WALDON
MARILYN SMITH,

                              **Plaintiffs,**

v.

GRANT DAVIS,                            CIVIL NO. 11-4060-KHV

                              **Defendant.**

( )    **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

( x)   **DECISION BY THE COURT.**   This action came before the Court.   The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order entered on August 20, 2015, Plaintiff's Peggy S. Waldon, James Charles Waldon and Marilyn Smith take nothing of the defendant, Grant Davis and this action is hereby dismissed on the defendant's motion for summary judgment.

      **IT IS FURTHER ORDERED** that the defendant, Grant Davis, recover his costs.

Entered on the docket

Dated:   August 25, 2015               TIMOTHY M. O'BRIEN, CLERK

                                                    D. Waylan
                                                    **Deputy Clerk**